

Leroy A. Moses a/k/a Jawad Amir Musa
Reg. No. 28075-037
U.S.P. Lee County
P.O. Box 305
Jonesville, Va. 24263

**MEMO ENDORSED**

The Honorable Court Robert P. Patterson
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

April 7, 2009

RE: United States v. Leroy A. Moses a/k/a Jawad Amir Musa
S2 90 Cr. 863 (RPP)
PETITION FOR WRIT OF AUDITA QUERELA

Dear Judge Patterson:

On February 6, 2009, I submitted a Motion for Reconsideration of this court's denial of this Petitioner's Audita Querela (captioned matter), entered January 2, 2009. However, the time lapse between the date the Order denying the Audita Querela was entered, and the date the Motion for reconsideration was filed was due to this court sending its Order to the wrong address for Petitioner.

In light of past mishaps _____ the court order being sent to the wrong address _____ I write respectfully requesting to know if the court received my Motion for Reconsideration and the status of such motion.

I thank this court for its time and consideration concerning this matter.

Sincerely,

Leroy A. Moses

cc.file

*The Court has not received a motion for reconsideration of the Court's order dated January 2, 2009 denying Petitioner's Audita Querela petition.*

*So ordered.*
*Robert P. Patterson, USDJ*
*May 4, 2009*

Case:      U.S.A. v. Leroy A. Moses a/k/a Jawad Amir Musa
Index No.  90 Cr. 863 (RPP)

**MEMO ENDORSEMENT READS:**

This Court has not received a motion for reconsideration of the Court's Order dated January 2, 2009 denying Petitioner's Audita Querela petition.

So ordered.

*Robert P. Patterson, Jr., U.S.D.J., 5/4/09*