```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAWAD AMIR MUSA
 A/K/A "LEROY MOSES,"

                        Petitioner          90 Cr. 863 (RPP)

        - against -
                                             ORDER
UNITED STATES,

                        Defendant-Respondent
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On June 23, 2010, this Court denied the Petitioner's motion to correct a clerical error in his judgment and commitment order. On June 28, 2010, the Court received a reply memorandum of law from petitioner Jawad Amir Musa, apparently written and mailed before the Petitioner had received a copy of the June 23 order.

The Defendant was convicted by a jury of the crime charged in the indictment, namely that he conspired to possess with intent to distribute one kilogram or more of heroin, in violation of 21 U.S.C. § 846. The requested alteration of the judgment and commitment order would thus be a substantive change, outside the narrow scope of Federal Rule of Civil Procedure 36. The Court therefore affirms its June 23, 2010 holding denying the Petitioner's motion.

The Court notes, however, that the length of the Petitioner's sentence and time served thereon makes him an appropriate applicant for executive clemency.

1

IT IS SO ORDERED.

Dated: New York, New York

July 2, 2010

*[signature]*

Robert P. Patterson, Jr.

U.S.D.J.

Copies of this Order have been sent to:

**Counsel for Government:**
Glen A. Kopp
U.S. Attorney's Office, SDNY (St. Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212) 637 – 2210
(212) 637 – 0086 (fax)

**Defendant:**
Jawad Amir Musa
#28075-037
U.S.P. Lee County
P.O. Box 305
Jonesville, VA 24263