# MANDATE

S.D.N.Y.-N.Y.C.
90-cr-863
Patterson, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand fourteen.

Present:
    Rosemary S. Pooler,
    Peter W. Hall,
    Susan L. Carney,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 07, 2014

United States of America,

        *Appellee*,

v.                                                                                                13-4810

Jawad Amir Musa, AKA Leroy Moses,

        *Defendant-Appellee.*

Appellant, *pro se,* moves to withdraw his appeal, which we construe as a motion to withdraw pursuant to Federal Rule of Appellate Procedure 42(b). He also seeks leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion to withdraw is GRANTED and the appeal is DISMISSED with prejudice. The motion for leave to proceed *in forma pauperis* is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-CP

MANDATE ISSUED ON 07/07/2014