## The City University of New York

## CUNY SCHOOL OF LAW

Steven Zeidman  
Professor of Law  
Zeidman@mail.law.cuny.edu

(718) 340-4357 Tel  
(718) 340-4478 Fax

2 Court Square  
Long Island City, NY 11101-4356



August 12, 2015

Hon. Loretta A. Preska  
United States District Judge  
Chief U.S. District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 9-3-15

Re: Jawad Amir Musa A/K/A Leroy Moses, Docket Number No. 90 CR 863

Your Honor,

I am representing Mr. Jawad Amir Musa in his clemency application and am writing to request the release of his Presentence Report for purposes exclusively associated with Clemency Project 2014.

I have received consent from the inmate and I will disclose the Presentence Report only to members of the Screening and Steering Committees who have executed non-disclosure agreements and to the Office of Pardon Attorney as a required attachment to a petition for clemency.

No other disclosure of the Presentence Report shall be made and I will return the Presentence Report or destroy it upon conclusion of representation. Members of Clemency Project 2014 who will receive a copy of the report also agree to destroy any copies upon completion of their review of the case.

Sincerely,

Professor Steven Zeidman

CUNY School of Law  
Main Street Legal Services, Inc.  
2 Court Square  
Long Island City, New York 11101  
zeidman@mail.law.cuny.edu

Jesse Levine  
J.D., CUNY School of Law, class of 2015  
Levine.Jesse@gmail.com  
#347-679-5834

8/31/15

*Release of the PSR is granted on the conditions set out above*

SO ORDERED

*Loretta A. Preska*

LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE

*Law in the Service of Human Needs*