Joseph McKinsey Brown ID# 54782-037
U.S.P. Florence
United States Penitentiary - Florence (High)
P.O. Box 7000
Florence, Co. 81226

Occupation: Brick Missionary - Brick Layer

---

Relationship: Under study, Friend

RE: Commutation of Sentence of Jawad Amir Musa A.K.A Leroy Moses


Dear Pardon Attorney:

I respectfully submit this letter requesting the President of The United States, to exercise his "Pardon Power" to reduce my mentor's Jawad Musa's life sentence so that he may be reunited with his family and community and also use his experience as a tool, a stepping stone to help others like myself that was once lost, to began to believe in their selves enough to lead them selves.

As of today I am now the age of 31 and serving a 15 year sentence. Anyway upon getting to this compound here at U.S.P. Florence, I was still very rebellious and felt no one, or no body, could tell me nothing. I was born in the streets of Baltimore, Maryland, but has been in and out of jail since the age of 15 with no education and no guidance, so I have actually been raised in prison and honestly I felt the world has given up on me so I've always lived the hard fast way then it become a

EX. G-69

Sincerely Yours,
Joseph M. Brown #54782-037
Joseph M. Brown #54782-037

See Also attached
are copies of some of the
things Jewood Must has
helped me to Accomplished...

Ex. G71



Maryland Community Health Initiatives, Inc.
2410 Pennsylvania Avenue, Suite 200
Baltimore, MD 21217
410-728-2080    410-728-2038 fax

COMMUNITY HEALTH INITIATIVES

May 31, 2016

To Whom It May Concern:

The purpose of this letter is to serve as a home substance abuse treatment plan for a returning citizen. Mr. Jawad Musa is applying for clemency and relief from a life sentence. It has been documented that Mr. Musa is a substance abusing individual. He would be better served in substance abuse treatment rather than serving a prison sentence. Jawad Musa's substance abuse qualifies him to be enrolled into a treatment program. If he is released to Maryland Community Health Initiative @ Penn-North Recovery Center an assessment will be conducted for evaluation and intake. A determination will be made on an ASAM PPC- Level of care. Jawad will then be enrolled in substance abuse treatment at Penn-North Recovery Center where he will receive auricular acupuncture, group and individual counseling. He will also reside in Penn-North Supportive Housing.

Penn-North Recovery Center provides an eighteen month treatment program for clients and while in treatment they are provided wrap around services, which include mental health evaluation and treatment if needed, employment development services, educational services including G.E.D. classes, and life skills training. Jawad will be required to submit three random urinalysis samples every week to verify that he continues to maintain substance-free status. As counseling professionals the staff will support him in his quest to move forward in the treatment and recovery process. Mr. Musa will be required to attend fourteen 12-Step meetings, such as Narcotics Anonymous (N.A.) or Alcoholic Anonymous meetings each week.

While engaged in treatment Mr. Musa will be required to attend and participate in all of the required criteria as prescribed in the curriculum which is set by substance abuse counselors, social workers, and mental health professionals at Penn-North Recovery Center.

I would add that since Mr. Jawad Musa has requested and is qualified for substance abuse treatment that the clemency board would allow him to continue to move forward in the treatment and recovery process. If you have any questions or concerns pertaining to this letter please feel free to contact me via phone @ 410.728.2080, Monday through Friday from 8:30 AM to 5:00 PM.

Sincerely,

Steve Dixon, LGADC

Maryland CHI is a 501 (c)(3) nonprofit, community-based organization serving individuals in recovery from their addiction with acupuncture and other healing arts. Maryland CHI was founded by and is affiliated with Tai Sophia Institute.

Ex. # 72



**2 AM BAKERY**

1801 Woodlawn Drive, Suite X
Baltimore, MD 21207 · 410-294-1414

Office of the Pardon Attorney
145 NStreet N.E.
Room 5E, 503
Washington DC, 20530

RE: Jawad Amir Musa, No. 28075-037

Office of the Pardon Attorney:

This letter is submitted on behalf of Jawad Amir Musa. I am the director and co-founder of 2AM Bakery which received an Open Society Grant in 2015. If granted clemency Mr. Musa has been accepted into our program. We provide job training in culinary skills at our bakery and an industry recognized certificate to do kitchen work. Mr. Musa would work directly with me, with other group leaders and with returning citizens. In addition to the culinary training at the bakery we would help with resume writing and anger management. We also help our participants with practical life necessities such as procuring housing and signing up for medical insurance on the state's health exchange.

I am happy to report that The Patrick Allison House (PAH) is prepared and ready to provide Mr. Musa with transitional housing in efforts to assist with his re-integration back into the community. PAH is a transition house that has been serving the community since 1986. PAH addresses the convergence of homelessness, addiction, unemployment and incarceration in the lives of individual men by providing a supportive transitional housing program designed to address the individual needs of each of our program participants.

As a formerly incarcerated man who has successfully transitioned to life in Baltimore I am deeply committed to supporting my participants in this task. I have received some good press and have included the links to an article from the local Baltimore City Paper along with my project bio on the Open Society's website.

If there are any further questions or concerns please feel free to contact me using the information provided. Thank you in advance for your time and attention to this matter.

Sincerely Yours,

Gregory Carpenter, Co-Owner 2AM Bakery

Press and more information:
https://www.osibaltimore.org/author/greg-carpenter/
http://www.citypaper.com/news/cityfolk/bcp-121615-cityfolk-baker-20151216-story.html

EX 73



May 12, 2016

Office of the Pardon Attorney
145 N Street N.E.
Room 5E. 503
Washington DC, 20530

RE:  Jawad Amir Musa
     No. 28075-037

To Whom It May Concern:

I am the Director and Founder of Power Inside, a nonprofit program that works with trauma survivors who are currently or formerly incarcerated. Founded in 2001, we provide peer mentoring and clinical services to individuals who are in jail, prison, or community settings, or who are on parole or probation. While our primary population is women, we also conduct assessments and provide referrals to men with significant trauma.

We have been contacted by Mr. Jesse Levine in regards to Jawad Amir Musa. We would be happy to provide to Mr. Musa an initial assessment and referrals when he returns to the community. We are eager to work with our local partners to ensure that Mr. Musa has a robust support network upon release.

Mr. Musa has been incarcerated for 24 years and likely has not received individualized trauma support prior to his incarceration or while in prison. Very often incarcerated men are survivors of child abuse; have witnessed domestic violence as children; have experienced or witnessed physical violence as adults; and/or cope with the death and loss of loved ones. Many times these traumatic experiences are at the root of an individual's substance abuse, poor coping skills, and self-harm. Our goal is to identify and assist underserved trauma survivors, like Mr. Musa, to heal from trauma and increase pro-social behavior so that they can go on to live healthy, safe, and rewarding lives.

We hope that we can extend our services to Mr. Musa and that he will be given an opportunity to access the many support programs for returning citizens that are available in Baltimore City. Do not hesitate to contact me should you have any questions. I can be reached by phone at 410-889-8333 or by email at jrobarge@powerinside.org.

Sincerely,

*Jacqueline Robarge*

Jacqueline Robarge
Program Director

---

P.O. Box 4796    Baltimore, MD 21211    ph. 410.889.8333    fax 410.889.5719    www.powerinside.org
Power Inside is a program of Fusion Partnerships, Inc.

Ex J 74

# Re-entry Information
## Jawad Musa #28075-037

Jawad has the tools and support necessary to ensure a successful re-integration into society. He has very strong family support; he has the skills, opportunity and desire to work upon release; and he desires to help his mother and his daughter. Upon release he will reside with his mother, Geraldine Harris, at 2109 Brookfield Avenue, Baltimore, MD 21217 (home phone: 410-483-8277). He has the support of important family members including his brother, Kevin Moses, who has worked for the City of Baltimore for the past fifteen years, his sister-in-law, Glenda Curtis, and his daughter, Naja Musa.

Jawad completed a 442 hour course on building trades and can apply his extensive construction and repair skills at the position his Brother Kevin will help secure with the Baltimore Department of Public Works. Jawad has taken nearly 50 educational courses and participated in numerous release preparation programs (RPP) including courses on employment skills and personal finance; in June 2016 he completed the Fair Shake program. In his 25 years in prison, Jawad has taken college classes, he has learned to read and write well, and he has prepared a number of appeals and motions for his case.

Jawad has been accepted by excellent re-entry programs in Baltimore. Jacqueline Robarge, of the program Power Inside, will help coordinate Jawad's care and her extensive network will ensure Mr. Musa's specific needs are met. Jawad has also been accepted by Penn North Recovery; it is the longest-standing recovery program in Baltimore and provides both traditional and innovative re-entry and recovery services including individual and group counseling, drug testing, 12-step meetings, acupuncture, housing and job training. The director of Penn North, Steve Dixon, a childhood friend of Jawad's, is himself a formerly incarcerated man who has long been a positive force in Baltimore. Jawad is eligible to work with Powell Recovery Treatment which does same-day intakes, assessments, creates a treatment plan and provides both inpatient and outpatient care. Although Jawad has an excellent opportunity to work with Baltimore's Department of Works, he has also been accepted by the first-rate program 2AM Bakery, a job training program which provides culinary training and an industry-recognized certificate in food preparation. The director of that program, Mr. Gregory Carpenter, is a uniquely committed individual who has pledged to support Jawad.

In short, Jawad's family will provide him with the crucial emotional and social support he needs to make a successful transition. He has been accepted by high quality re-entry programs where he will be counseled, mentored, and provided an array of services. Jawad Musa is fifty-one years old and is a changed, recovered, educated, rehabilitated man. He is mature, devout, serious and will enhance the lives of his family members and his community for the rest of his life.

EX. K 75

JAWAD AMIR MUSA #28075-037
USP FLORENCE
P.O. BOX 7000
FLORENCE, CO. 81226

LEGAL MAIL

USM SDNY

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, ROOM 120
NEW YORK, N.Y. 10007-1312

SDNY DOCKET UNIT
2017 FEB 14 AM 10:56

