

**COMMUNITY HEALTH INITIATIVES**

Maryland Community Health Initiatives, Inc.
2410 Pennsylvania Avenue, Suite 200
Baltimore, MD 21217
410-728-2080    410-728-2038 fax

May 31, 2016

To Whom It May Concern:

The purpose of this letter is to serve as a home substance abuse treatment plan for a returning citizen. Mr. Jawad Musa is applying for clemency and relief from a life sentence. It has been documented that Mr. Musa is a substance abusing individual. He would be better served in substance abuse treatment rather than serving a prison sentence. Jawad Musa's substance abuse qualifies him to be enrolled into a treatment program. If he is released to Maryland Community Health Initiative @ Penn-North Recovery Center an assessment will be conducted for evaluation and intake. A determination will be made on an ASAM PPC- Level of care. Jawad will then be enrolled in substance abuse treatment at Penn-North Recovery Center where he will receive auricular acupuncture, group and individual counseling. He will also reside in Penn- North Supportive Housing.

Penn-North Recovery Center provides an eighteen month treatment program for clients and while in treatment they are provided wrap around services, which include mental health evaluation and treatment if needed, employment development services, educational services including G.E.D. classes, and life skills training. Jawad will be required to submit three random urinalysis samples every week to verify that he continues to maintain substance-free status. As counseling professionals the staff will support him in his quest to move forward in the treatment and recovery process. Mr. Musa will be required to attend fourteen 12-Step meetings, such as Narcotics Anonymous (N.A.) or Alcoholic Anonymous meetings each week.

While engaged in treatment Mr. Musa will be required to attend and participate in all of the required criteria as prescribed in the curriculum which is set by substance abuse counselors, social workers, and mental health professionals at Penn-North Recovery Center.

I would add that since Mr. Jawad Musa has requested and is qualified for substance abuse treatment that the clemency board would allow him to continue to move forward in the treatment and recovery process. If you have any questions or concerns pertaining to this letter please feel free to contact me via phone @ 410.728.2080, Monday through Friday from 8:30 AM to 5:00 PM.

Sincerely,

Steve Dixon, LGADC

Maryland CHI is a 501 (c)(3) nonprofit, community-based organization serving individuals in recovery from their addiction with acupuncture and other healing arts. Maryland CHI was founded by and is affiliated with Tai Sophia Institute.

Exhibit "C"