Captain M. Earwin
U.S.P. Florence
P.O. Box 7500
Florence, CO. 81226

Office of the Pardon Attorney
145 N Street, N.E.
Room 5E, 503
Washington, D.C. 20530

RE: Jawad Amir Musa, Reg. No. 28075-037

To Whom It May Concern:

I am the Captain of U.S.P. Florence and I am writing in support of Jawad's application for clemency. I know Jawad to be a mature, middle aged man who has lived according to the prison rules for a long time. He is a positive force here, mentoring younger prisoners, and participating in many educational and vocational programs. He spends most of his time in the law library. I am confident that if granted clemency Jawad would quickly become a productive member of society. He has served a sufficiently long sentence and deserves the chance to re-unite with his family.

Yours,

Captain M. Earwin