UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAWAD AMIR MUSA,

                       Petitioner,

-v-

UNITED STATES OF AMERICA,

                       Respondent.

No. 97-cv-2833 (RJS)
ORDER

UNITED STATES OF AMERICA

-v-

JAWAD AMIR MUSA,

                       Defendant.

No. 90-cr-863-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      In recent weeks, Defendant Jawad Amir Musa has submitted numerous letters to the Court notifying it of supplemental authority relevant to Musa's motion for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A)(i).  (ECF Nos. 344–55.)  Accordingly, IT IS HEREBY ORDERED THAT the government shall file a letter by April 29, 2020, responding to the arguments raised in and authorities identified by Musa's letters.

SO ORDERED.

Dated:     April 22, 2020
              New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation