UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JAWAD AMIR MUSA,<br><br>      Defendant. | No. 90-cr-863 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a letter from Defendant Jawad Amir Musa, dated August 25, 2020, in further support of his pending motion for compassionate release (Doc. No. 303). Attached to that letter are various medical records, which Musa has requested he be permitted to file under seal. The government has indicated that it does not oppose that request. The Court has reviewed this private medical information and concluded that the presumption in favor of open records is outweighed by Musa's privacy interest. *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). As a result, the Court orders that the attachment to Musa's letter shall be filed under seal. That said, Musa should publicly docket the letter itself. In addition, the government may file a letter by September 4, 2020, setting forth its position on Musa's new arguments concerning his current medical status and its effect on his motion for compassionate release.

SO ORDERED.

Dated:  August 28, 2020
     New York, New York

                         RICHARD J. SULLIVAN
                         UNITED STATES CIRCUIT JUDGE
                         Sitting by Designation